United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS MEDINA ALVARADO,<br><br>    Defendant.<br>_____ / | No. CR 01-0419 CRB<br><br>No. C 08-04557 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

Petitioner has appealed this Court's denial of his motion to vacate his federal sentence. The Court must now decide whether to issue a certificate of appealability ("COA"). A court shall grant a COA "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

//
//
//
//

1  The Court GRANTS a certificate of appealability with respect to petitioner's
2  ineffective assistance of counsel claim.
3  **IT IS SO ORDERED.**
4  
5  Dated: March 12, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE