IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>ALVARADO,<br><br>    Defendant.                              / | No. CR 01-00419 CRB<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

Defendant Jose Luis Medina-Alvarado moves the Court for a reduction of his sentence in light of the "All Minus Two Act." As that Act has not gone into effect, Defendant's motion is premature, and therefore DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: May 23, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2001\0419cr\order re reduction.wpd